**Hayward CLEVELAND, Appellant,**

v.

**ARKANSAS STATE HOSPITAL, Defendant,**

**Arkansas Partnership Program, Appellee,**

**Probate Court of Arkansas, Defendant.**

No. 02–3811.

United States Court of Appeals,
Eighth Circuit.

Submitted June 10, 2003.

Decided June 12, 2003.

Before BOWMAN, MELLOY, and SMITH, Circuit Judges.

PER CURIAM.

Hayward Cleveland appeals the district court's[1] order granting summary judgment to defendant Arkansas Partnership Program, and dismissing without prejudice his action challenging his continuing civil commitment. Having carefully reviewed the record, we conclude summary judgment

1. The Honorable G. Thomas Eisele, United States District Judge for the Eastern District of Arkansas.

was proper. Accordingly, we affirm. *See* 8th Cir. R. 47B.